UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SOUTH & ASSOCIATES, P.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07-CV-2021 (JCH) |
| | ) | |
| EUGENE FORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFAULT JUDGMENT**

On July 15, 2008, Defendant Internal Revenue Service filed a motion for Default Judgment against Defendants Eugene and Lisa Ford ("Fords"). (Doc. No. 25). The Court entered a default against the Fords on July 9, 2008. (Doc. No. 23). Upon review, the IRS has supported properly its motion for default judgment.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Internal Revenue Services' right to the interpleader funds is superior to that of Defendants Eugene Ford and Lisa Ford. Defendants Eugene Ford and Lisa Ford are **DISMISSED** from this action.

Dated this 24th day of July, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE