UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SOUTH & ASSOCIATES, P.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-2021 (JCH) |
| ) | |
| EUGENE FORD, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant Internal Revenue Service is entitled to the interpleader funds and that this action is **DISMISSED** with prejudice.

Dated this 24th day of July, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE